UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Erica Lynn McComas, | ) | C/A No. 5:13-1349- JFA-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Carolyn W. Colvin, Acting Commissioner of Social Security Administration | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On May 17, 2013, Plaintiff, appearing pro se, filed this action appealing her denial of social security benefits. ECF No. 1. On January 15, 2014, Defendant filed an answer and copy of the hearing transcript, serving copies of both on Plaintiff by United States mail. ECF Nos. 37-38. Plaintiff's brief in support of her appeal was due by February 18, 2014. *See* Local Civil Rule 83.VII.04 (D.S.C.) (noting plaintiff's brief due 30 days after answer filed); *see also* ECF No. 37.

To date, Plaintiff has not filed her brief. Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue her appeal, she is ordered to file a brief in support of her appeal **no later than March 18, 2014**. Plaintiff is advised that if she fails to comply with this deadline, this matter will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

March 4, 2014                                           Kaymani D. West
Florence, South Carolina                                United States Magistrate Judge